IN THE UNITED STATES DISTRICT COURT
FOR NEW JERSEY

File No. 43-12-001
**COTTRELL SOLENSKY & SEMPLE, P.A.**
550 Broad Street, Suite 1000
Newark, New Jersey 07102
Phone: (973) 643-1400
Fax: (973) 643-1900
Attorneys for Defendants, Steven Spencer and Merchants 5 Star, Inc.

| | |
|---|---|
| EDWARD A. PANKOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANTS 5 STAR, INC., and STEVEN SPENCER and JOHN DOES 1 through 5, aid names being fictitious,<br><br>Defendants. | UNITED STATES DISCTIRCT COUNT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br><br>PETITION FOR REMOVAL |

Removing defendants, Steven Spencer and Merchants 5 Star, Inc., upon information and belief state as follows:

1. Plaintiff Edward A. Pankowski commenced an action against the removing defendants, Steven Spencer and Merchants 5 Star, Inc., in the Superior Court of New Jersey, Law Division, Middlesex County bearing docket number MID-L-7242-12.

2. The Complaint was served upon removing defendants, Steven Spencer and Merchants 5 Star, Inc., on November 19, 2012.

3. Plaintiff is a resident of the State of New Jersey.

4. Defendant Merchants 5 Star, Inc., is a corporation organized and existing under the law of the State of Ohio with an office and principle place of business located at 18192 State Route 7, Marietta, Ohio 45750.

5. Defendant Steven Spencer is a resident of the State of West Virginia.

6. The amount in controversy is more than $75,000.00.

7. Accordingly, this court has diversity jurisdiction of this action pursuant to 28 U.S.C. Section 1332, and defendant is entitled to removal of this action pursuant to 28 U.S.C. Section 1441.

**WHEREFORE**, removing defendants hereby petition for the removal of plaintiffs' action to this court, pursuant to 28 U.S.C. sections 1441 and 1446.

           **COTTRELL SOLENSKY & SEMPLE, P.A.**
           Attorney for Defendants, Steven Spencer and Merchants 5 Star, Inc.,

           /s/FLOYD G. COTTRELL (7820)

Dated: December 3, 2012

**COTTRELL SOLENSKY & SEMPLE, P.A.**
550 Broad Street, Suite 1000
Newark, New Jersey 07102
Phone: (973) 643-1400
Fax: (973) 643-1900
Attorneys for Defendants, Steven Spencer and Merchants 5 Star, Inc.

| | |
|---|---|
| EDWARD A. PANKOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANTS 5 STAR, INC., and STEVEN SPENCER and JOHN DOES 1 through 5, aid names being fictitious,<br><br>Defendants. | UNITED STATES DISCTIRCT COUNT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br><br>NOTICE OF REMOVAL |

To: Middlesex County Superior Court
    56 Paterson St.
    New Brunswick, NJ 08903-0964

    David K. Chazen, Esq.
    **Chazen & Chazen, LLC**
    346 Grand Avenue
    Englewood, New Jersey 07631

SIRS:

**PLEASE TAKE NOTICE** that annexed hereto is a true copy of the Petition for Removal which was filed in this action in the United States District Court for the District of New Jersey pursuant to 28 U.S.C. Sections 1441 and 1446 on December 3, 2012.

**PLEASE TAKE FURTHER NOTICE,** that said filing, together with the filing and service of this Notice, has effected the removal of this action to the United States District Court for District of

New Jersey pursuant to 28 U.S.C. Section 1446, and no further proceedings with respect to this action can take place in this Court.

Attached hereto as **Exhibit A** is a true and correct copy of all pleadings and process filed in this action in the Superior Court of Middlesex County, New Brunswick, New Jersey, under docket number MID-L-7242-12. This Notice of Removal is being concurrently filed with the Superior Court of Middlesex County, New Brunswick, New Jersey. A copy of this application in its entirety is being forward to the law offices of Chazen & Chazen, LLC., 346 Grand Avenue, Englewood, New Jersey 07631.

**WHEREFORE**, defendants pray that this civil action be removed to this Court from the Superior Court of Middlesex, New Brunswick, New Jersey.

                              **COTTRELL SOLENSKY & SEMPLE, P.A.**
                              Attorney for Defendants, Steven Spencer
                              and Merchants 5 Star, Inc.,

                              **/s/FLOYD G. COTTRELL (7820)**

Dated: December 3, 2012

# EXHIBIT "A"

CHAZEN & CHAZEN, LLC
346 GRAND AVENUE, P.O. BOX 470
ENGLEWOOD, NEW JERSEY 07631
(201) 567-5500
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| EDWARD A. PANKOWSKI : | SUPERIOR COURT OF NEW JERSEY |
| Plaintiff, : | LAW DIVISION - MIDDLESEX COUNTY |
| Vs. : | DOCKET NO.: MID-L- |
| MERCHANTS 5 STAR, INC. and STEVEN : | CIVIL ACTION  MID-L- 7242  12 |
| SPENCER and JOHN DOES 1 through 5, : | |
| said names being fictitious : | COMPLAINT (AUTO/TRUCK) |
| Defendants. : | PLAINTIFF DEMANDS JURY TRIAL |

The Plaintiff, EDWARD A. PANKOWSKI, residing at 165 Strawberry Hill Avenue, Woodbridge, New Jersey 07095, by way of Complaint, says:

1. On or about May 15, 2012, at approximately 1:08 PM, the Plaintiff, EDWARD A. PANKOWSKI, was the seat belted operator of a private passenger vehicle traveling south on US Highway 1 in Woodbridge NJ and was stopped with other traffic for a red light located at the intersection of Gills Lane and US Highway 1.

2. At the same time and location, the Defendant MERCHANTS 5 STAR, INC. was the owner of a 2006 Volvo tractor trailer truck being operated by it's servant, agent or employee, the Defendant STEVEN SPENCER, who was in the course of his employment for the Defendant MERCHANTS 5 STAR, INC., that was traveling southbound on US Highway 1 in Woodbridge, New Jersey and, suddenly and without warning, violently collided into the rear of Plaintiff's vehicle, causing it to violently collide into the vehicle stopped in front of Plaintiff's vehicle and causing a chain of violent collisions involving a total of six (6) vehicles.

3. The tractor trailer truck owned by the Defendant MERCHANTS 5 STAR, INC. and being

operated by the Defendant STEVEN SPENCER was operated negligently and failed to observe the Plaintiff's vehicle, maintain a safe distance, and stop, causing it to collide with the vehicle occupied by the Plaintiff with great force and violence.

4. The Defendants, JOHN DOES 1 through 5, said names being fictitious, is a person or persons who may have negligently contributed to the happening of this accident.

5. As a result of the negligence of the Defendants, the Plaintiff EDWARD A. PANKOWSKI was violently tossed about, sustained injuries causing temporary and permanent disability, disfigurement, and loss of bodily function and loss of body member in whole or in part, has incurred or in the future will incur expenses for the treatment of said injuries, has been disabled and in the future will be disabled and not able to perform his usual functions and has been caused and in the future will be caused great pain and suffering and has impaired his earning capacity and enjoyment of life.

**WHEREFORE**, the Plaintiff, EDWARD A. PANKOWSKI, demands judgment against the Defendants, MERCHANTS 5 STAR, INC., STEVEN SPENCER and JOHN DOES 1 through 5, said names being fictitious, jointly and severally, for damages, together with interest, costs of suit and for such further relief as the Court deems equitable and just.

## JURY DEMAND

Please take notice that demand is hereby made for trial by jury on all issues so triable.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-04, David K. Chazen, Esq. is designated as Trial Counsel.

CHAZEN & CHAZEN, LLC
Attorneys for Plaintiff

Dated: October 17, 2012

By: *David K Chazen*
David K. Chazen

## CERTIFICATION - R. 4:5-1

I hereby certify that the matter in controversy is not the subject of any other action pending in any Court or arbitration proceeding and no such other action or arbitration proceeding is contemplated.

I further certify that all known parties are named in this action, but I reserve the right to amend this pleading should any other persons become known to me.

I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are false, I am subject to punishment.

CHAZEN & CHAZEN, LLC
Attorneys for Plaintiff

Dated: October 17, 2012

By: /s/ David K. Chazen
David K. Chazen

Appendix XII-B1



# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| | | |
|---|---|---|
| ATTORNEY/PRO SE NAME: DAVID K. CHAZEN | TELEPHONE NUMBER: (201) 567-5500 | COUNTY OF VENUE: ~~Bergen~~ Middlesex (per Gloria Tabares) |
| FIRM NAME (if applicable): CHAZEN & CHAZEN, LLC | | DOCKET NUMBER (when available): MID-L- 7 2 4 2  1 2 |
| OFFICE ADDRESS: 346 GRAND AVENUE, ENGLEWOOD, NEW JERSEY 07631 | | DOCUMENT TYPE: COMPLAINT (AUTO/TRUCK) |
| | | JURY DEMAND: ■ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| EDWARD A. PANKOWSKI, PLAINTIFF | EDWARD A. PANKOWSKI, PLAINTIFF VS. MERCHANTS 5 STAR, INC. and STEVEN SPENCER AND JOHN DOES 1 THROUGH 5, SAID NAMES BEING FICTITIOUS, DEFENDANTS |

| CASE TYPE NUMBER (See reverse side for listing): 603N | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ■ NO |
|---|---|
| | IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
| RELATED CASES PENDING? ☐ YES ■ NO | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ■ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known): MAXUM SPECIALTY INSURANCE GROUP ☐ NONE ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ■ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE ☐ FAMILIAL ☐ FRIEND/NEIGHBOR ☐ BUSINESS ☐ OTHER (explain) |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ■ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☐ YES ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *David K Chazen*

Effective 05-07-2012, CN 10517-English

page 1 of 2

```
MIDDLESEX VICINAGE CIVIL DIVISION
P O BOX 2633
56 PATERSON STREET
NEW BRUNSWICK     NJ 08903-2633
                                              TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 519-3728
COURT HOURS

                      DATE:    OCTOBER 25, 2012
                      RE:      PANKOWSKI EDWARD MARCHANTS 5 STAR INC
                      DOCKET:  MID L -007242 12

     THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON HEIDI W. CURRIER

       IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT:  (732) 519-3737 EXT 3737.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
  CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:
                                      ATT: DAVID K. CHAZEN
                                      CHAZEN & CHAZEN
                                      346 GRAND AVE
                                      PO BOX 470
                                      ENGLEWOOD          NJ 07631-4355
JUMUCC1
```

SUPERIOR COURT OF NEW JERSEY
Middlesex County Courthouse
P.O. Box 964
New Brunswick, New Jersey 08903-0964

GREGORY EDWARDS
Trial Court Administrator

JOHN PUSHKO, ESQ.
Civil Division Manager



CHERYL WILIAMS
Assistant Civil Division Manager

IAN RATZLIFF
Assistant Civil Division Manager

# ACMS IS NOW ON LINE!

The New Jersey Superior Court Civil Case Docket, including scheduling, document index, and attorney lists, are now available on line. This new application may save you much time in doing case inquiry in the Law, General Equity, and Special Civil Part.

Follow the following steps to access your case records;

1. Go to www.njcourtsonline.com. On the first page, on the right-hand side;

2. Select "Civil Case Public Access;"

3. Disable your computer's pop-up blocker;

4. Type in the characters you see in the "Security" box and accept the conditions of use;

5. Select the criteria by which you need to search—by docket, case name, or use additional searches for archival records;

6. For a docket search, select the county, the docket type, the docket number, the year, then from the right-hand column under "view Details," select your search criteria;

7. Select the record you seek;

8. If the index is more then 1 page, select the Page Down Arrow from the top center of your screen; and

9. When you have reached end of your record, you can go back by clicking on the Return Arrow on the top left-hand side of your screen. You can use the icons next that to zoom, print, or E-mail your record.