```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY

------------------------------X
EDWARD A. PANKOWSKI,

         Plaintiff,              2:12-cv-7391 WJM

v.
                                 ORDER OF DISMISSAL
MERCHANTS 5 STAR, et al

         Defendants.
------------------------------X
```

    The parties having notified the Court that the above action has been settled,

    It is on this 27th day of March, 2014

    ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                              s/William J. Martini

                                        _____

                                        WILLIAM J. MARTINI, U.S.D.J.